# In the United States District Court for the Southern District of Georgia Waycross Division

JOSE LUIS FUNES MARTINEZ,

    Petitioner,

v.

MICHAEL BRECKON,

    Respondent.

5:23-cv-39

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Petitioner Jose Martinez ("Martinez") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, the Court's mailing was returned as undeliverable, with the notation: "Return to Sender, No Such Street, Unable to Forward." Dkt. No. 14 at 1.

Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court, **GRANT** Respondent's Motion to Dismiss, and **DISMISS without prejudice** Martinez's 28 U.S.C. § 2241 Petition. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Martinez *in forma pauperis* status on appeal.

**SO ORDERED**, this 25 day of January, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA